IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANN WILSON, As Administrator of the Estate of MICHAEL SMITH, | ) ) ) | **Case No. 12 CV 10394** |
| Plaintiff | ) ) ) | JUDGE ROBERT M. DOW, JR. |
| vs. | ) ) ) | Magistrate Judge Mason |
| CITY OF CHICAGO, Chicago Police Officers THOMAS CAREY, Star 18795, BRIAN MCDEVITT, Star 13197, and RAYMOND PIWNICKI, Star 7858, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:  Daniel P. Kiss                                          George Yamin
     Louis Joseph Meyer                                 Raoul Mowatt
     Scott Stewart Finger                                Assistant Corporation Counsel
     Meyer & Kiss, LLC                                   30 N. LaSalle #900
     53 West Jackson Boulevard - Suite 856   Chicago, IL 60602
     Chicago, IL 60604

   **PLEASE TAKE NOTICE** that on this 6th day of May 2013, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANTS CAREY, McDEVITT AND PIWNICKI'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**, a copy of which is herewith served upon you.

   I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means to the person named above at the address shown this 6th day of May 2013.

                                                            */s/ Dana M. Pesha*
                                                            Dana M. Pesha
                                                            Assistant Corporation Counsel

30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-3982
Attorney #6280861